AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. § 1326 - Illegal Reentry After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT - U.S.**
► JESUS PEREZ-CONTRERAS

**DISTRICT COURT NUMBER:** CR 08 0529

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

E-filing

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

**DATE OF ARREST** ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.



CR 08       0529

JESUS PEREZ-CONTRERAS,
a/k/a/ Jesus P. Contreras,
a/k/a Contreras J. Perez,
a/k/a Luis Sanchez,
a/k/a Contreras J. Perez,
a/k/a Javier Sanchez

WHA

E-filing

DEFENDANT(S).

## INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326 - Alien found in the United States After Deportation

---

_INDICT_

A true bill.

_____
Foreman

Filed in open court this __7__ day of _August 2008_

_____
Clerk

Bail, $ _No bail warrant_

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS PEREZ-CONTRERAS,<br>a/k/a Jesus P. Contreras,<br>a/k/a Contreras J. Perez,<br>a/k/a Luis Sanchez,<br>a/k/a Contreras J. Perez,<br>a/k/a Javier Sanchez,<br><br>Defendant. | No.<br><br>VIOLATION: Title 8, United States Code, Section 1326 – Alien Found in the United States After Deportation<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about March 10, 2003, June 1, 2004, April 22, 2004, May 26, 2004, October 14, 2004, March 1, 2005, and November 5, 2007, the defendant,

JESUS PEREZ-CONTRERAS,
a/k/a Jesus P. Contreras,
a/k/a Contreras J. Perez,
a/k/a Luis Sanchez,
a/k/a Contreras J. Perez,
a/k/a Javier Sanchez,

INDICTMENT

an alien, was excluded, deported and removed from the United States, and thereafter, on or about May 19, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326. It is further alleged that defendant was removed from the United States subsequent to being convicted of an aggravated felony.

DATED:

8-7-08

A TRUE BILL.

/s/ *[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ *[signature]*
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: /s/ *[signature]* )
AUSA Frick

INDICTMENT