| DOCUMENTS UNDER SEAL ☐ | | | | | | TOTAL TIME (mins): 6 min. | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Simone Voltz | | | | REPORTER/FTR 10:44-10:50 | | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE 8-8-08 | | | | NEW CASE ☐ | CASE NUMBER CR 08-0529 WHA | |

| APPEARANCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT Jesus Perez Conreras | | AGE 31 | CUST Y | P/NP P | Jodi Linker | ATTORNEY FOR DEFENDANT | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Erika Frick | | INTERPRETER Melinda Basker (Spanish) | | | ☒ | FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Allen Lew | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | ☒ | PARTIAL PAYMENT OF CJA FEES | ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR 3 min. | ☐ | PRELIM HRG | ☐ MOTION | | ☐ | JUGM'T & SENTG | | ☐ STATUS |
| ☒ I.D. COUNSEL | ☒ | ARRAIGNMENT 3 min. | ☐ BOND HEARING | | ☐ | INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ | PROB. REVOC. | | ☐ BOOK APPT HEARING |

_FILED AUG -6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA_

| INITIAL APPEARANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: | |

| ARRAIGNMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED | |

| RELEASE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | | ☐ | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |

| PLEA | | | | | | |
|---|---|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | |

| CONTINUANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TO: 8/13/08 | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT: 9:30A.M. | ☐ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. JCS | ☒ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Deft has ICE-Hold
cc: BZ, JCS, Pretrial