# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2008

Case No.: CR 08-00529 WHA

Title: UNITED STATES -v- JESUS PEREZ CONTRERAS (custody)

Appearances:

    For the Government: Erica Frick

    For the Defendant(s): Jodi Linker

Interpreter: Melinda Basker (Spanish Interpreter)   Probation Officer: n/a

Deputy Clerk: Dawn Toland                           Court Reporter: Margo Gurule

## PROCEEDINGS

1) Trial Setting - HELD

2) 

Case continued to 9/16/08 at 2:00 pm for Status/Setting

**ORDERED AFTER HEARING:**

Spanish Interpreter sworn-in.

Defendant has received 400-500 pages of discovery and request additional time to review it. Time is excluded from today until 9/16/08.